# U.S. District Court
# Northern District of Florida (Pensacola)
# CIVIL DOCKET FOR CASE #: 3:25−cv−00464−TKW−ZCB

| | |
|---|---|
| EMILY LEY PAPER INC v. TRUMP et al<br>Assigned to: JUDGE T KENT WETHERELL II<br>Referred to: MAGISTRATE JUDGE ZACHARY C BOLITHO<br>Cause: 28:2201 Declaratory Judgement | Date Filed: 04/03/2025<br>Date Terminated: 05/21/2025<br>Jury Demand: None<br>Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**EMILY LEY PAPER INC**
*doing business as*
SIMPLIFIED

represented by **ANDREW JOSEPH MORRIS**
NEW CIVIL LIBERTIES ALLIANCE –
ARLINGTON VA
4250 N FAIRFAX DRIVE
ARLINGTON, VA 22203
202−492−5098
Email: andrew.morris@ncla.legal
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JOHN JULIAN VECCHIONE**
NEW CIVIL LIBERTIES ALLIANCE –
ARLINGTON VA
4250 N FAIRFAX DRIVE
SUITE 300
ARLINGTON, VA 22203
202−918−6902
Email: john.vecchione@ncla.legal
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**BRYAN SCOTT GOWDY**
MILLS & CARLIN PA – JACKSONVILLE FL
865 MAY ST
JACKSONVILLE, FL 32204
904−350−0075
Fax: 904−350−0086
Email: bgowdy@appellate−firm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DONALD J TRUMP**
*IN HIS OFFICIAL CAPACITY AS PRESIDENT*
*OF THE UNITED STATES*

represented by **CLAUDIA BURKE**
DOJ−CIV
POC JEAN AGOSTINHO
1100 L STREET NW
WASHINGTON, DC 20005

|  |  |
|---|---|
|  | 202–353–9063 |
|  | Email: claudia.burke@usdoj.gov |
|  | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **EXECUTIVE OFFICE OF THE PRESIDENT** | represented by | **CLAUDIA BURKE** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | represented by | **CLAUDIA BURKE** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **JOHN C SPACCAROTELLA** DOJ–USAO 111 N ADAMS ST 4TH FLOOR TALLAHASSEE, FL 32301 850–216–3862 Email: john.spaccarotella@usdoj.gov *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **KRISTI NOEM** *IN HER OFFICIAL CAPACITY AS SECRETARY OF THE US DEPARTMENT OF HOMELAND SECURITY* | represented by | **CLAUDIA BURKE** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **HOMELAND SECURITY DEPARTMENT** | represented by | **CLAUDIA BURKE** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **PETE R FLORES** *IN HIS OFFICIAL CAPACITY AS ACTING COMMISSIONER FOR US CUSTOMS AND BORDER PROTECTION* | represented by | **CLAUDIA BURKE** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **U S CUSTOMS AND BORDER PROTECTION** | represented by | **CLAUDIA BURKE** (See above for address) *ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **AMERICA FIRST LEGAL FOUNDATION** | represented by | **RICHARD TRENT MCCOTTER** BOYDEN GRAY PLLC – WASHINGTON DC 800 CONNECTICUT NW SUITE 900 |

WASHINGTON, DC 20006
202−706−5488
Email: tmccotter@boydengray.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **CATO INSTITUTE** | represented by | **THOMAS ARTHUR BERRY** |

CATO INSTITUTE – WASHINGTON DC
1000 MASSACHUSETTS AVENUE NW
WASHINGTON, DC 20001
443−254−6330
Email: tberry@cato.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **FORMER HIGH RANKING GOVERNMENTAL OFFICIALS AND PROFESSORS** | represented by | **SIDNEY LEWIS MATTHEW** |

GORMAN & MATTHEW PA – TALLAHASSEE FL
PO BOX 1754
TALLAHASSEE, FL 32302−1754
850−224−7887
Fax: 850−681−3122
Email: sid@sidmatthewlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **BRENNAN CENTER FOR JUSTICE AT THE NYU SCHOOL OF LAW** | represented by | **ELIZABETH GOITEIN** |

BRENNAN CENTER FOR JUSTICE
1140 CONNECTICUT AVENUE NW
SUITE 1150
WASHINGTON, DC 20036
202−249−7192
Email: goiteine@brennan.law.nyu.edu
*ATTORNEY TO BE NOTICED*

**HANNAH ALEXIS JAMES**
BRENNAN CENTER FOR JUSTICE
1140 CONNECTICUT AVENUE
SUITE 1150
WASHINGTON, DC 20036
310−955−7304
Email: jamesh@brennan.law.nyu.edu
*ATTORNEY TO BE NOTICED*

**LEAH JULIE TULIN**
BRENNAN CENTER FOR JUSTICE
1140 CONNECTICUT AVENUE NW
SUITE 1150
WASHINGTON, DC 20036
202−650−6397

Email: tulinl@brennan.law.nyu.edu
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/03/2025 | Ï 1 | COMPLAINT against All Defendants ( Filing fee $ 405 receipt number AFLNDC−9425855.), filed by EMILY LEY PAPER, INC.. (Attachments: # 1 Summons for Donald J. Trump, # 2 Summons for EXECUTIVE OFFICE OF THE PRESIDENT, # 3 Summons for USA, # 4 Summons for Kristi Noem, # 5 Summons for Department of Homeland Security, # 6 Summons for Pete R. Flores, # 7 Summons for U.S. CUSTOMS AND BORDER PROTECTION, # 8 Summons for Pamela Bondi, # 9 Summons for Michelle Spaven) (GOWDY, BRYAN) (Entered: 04/03/2025) |
| 04/03/2025 | Ï 2 | CIVIL COVER SHEET. (GOWDY, BRYAN) (Entered: 04/03/2025) |
| 04/04/2025 | Ï 3 | Summons Issued as to All Defendants. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons) (jfj) (Entered: 04/04/2025) |
| 04/08/2025 | Ï 4 | NOTICE of Appearance by JOHN C SPACCAROTELLA on behalf of UNITED STATES OF AMERICA (SPACCAROTELLA, JOHN) (Entered: 04/08/2025) |
| 04/09/2025 | Ï | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 1 Complaint. (Please see proposed ISO.) (jfj) (Entered: 04/09/2025) |
| 04/14/2025 | Ï 5 | MOTION to Transfer Case to Court of International Trade by DONALD J TRUMP, EXECUTIVE OFFICE OF THE PRESIDENT, UNITED STATES OF AMERICA, KRISTI NOEM, HOMELAND SECURITY DEPARTMENT, PETE R FLORES, U.S. CUSTOMS AND BORDER PROTECTION. (Internal deadline for referral to judge if response not filed earlier: **4/28/2025**). (BURKE, CLAUDIA) (Entered: 04/14/2025) |
| 04/16/2025 | Ï 6 | MOTION to Appear Pro Hac Vice by Andrew J. Morris.( Filing fee $ 219 receipt number AFLNDC−9439098.) by EMILY LEY PAPER INC. (Attachments: # 1 Exhibit NY certificate of good standing) (MORRIS, ANDREW) (Entered: 04/16/2025) |
| 04/16/2025 | Ï 7 | Consent MOTION to File Amicus Brief by America First Legal Foundation. (Internal deadline for referral to judge if response not filed earlier: **4/30/2025**). (Attachments: # 1 Exhibit Proposed Amicus Brief) (MCCOTTER, RICHARD) (Entered: 04/16/2025) |
| 04/16/2025 | Ï 8 | MOTION to Appear Pro Hac Vice by R. Trent McCotter.( Filing fee $ 219 receipt number AFLNDC−9439420.) by America First Legal Foundation. (MCCOTTER, RICHARD) (Entered: 04/16/2025) |
| 04/17/2025 | Ï | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 6 MOTION to Appear Pro Hac Vice by Andrew J. Morris, 7 Consent MOTION to File Amicus Brief, 8 MOTION to Appear Pro Hac Vice by R. Trent McCotter. (jfj) (Entered: 04/17/2025) |
| 04/17/2025 | Ï 9 | ORDER. The motion (Doc. 6 ) is GRANTED, and attorney Andrew J. Morris is authorized to appear pro hac vice for Plaintiff. Signed by JUDGE T KENT WETHERELL II on 04/17/25. (jfj) (Entered: 04/17/2025) |
| 04/17/2025 | Ï 10 | ORDER. Upon due consideration of America First Legal Foundation's motion to file amicus brief (Doc. 7 ), it is ORDERED that the motion is GRANTED, and the amicus brief attached to the motion (Doc. 7 −1) is accepted. Signed by JUDGE T KENT WETHERELL II on 04/17/25. (jfj) (Entered: 04/17/2025) |

| | | |
|---|---|---|
| 04/17/2025 | 11 | ORDER. The motion (Doc. 8) is GRANTED, and attorney R. Trent McCotter is authorized to appear pro hac vice for amicus America First Legal Foundation. Signed by JUDGE T KENT WETHERELL II on 04/17/25. (jfj) (Entered: 04/17/2025) |
| 04/21/2025 | 12 | MOTION for Extension of Time to File Response/Reply by EMILY LEY PAPER INC. (Attachments: # 1 Text of Proposed Order) (MORRIS, ANDREW) (Entered: 04/21/2025) |
| 04/22/2025 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 12 Unopposed MOTION for Extension of Time to File Response. (jfj) (Entered: 04/22/2025) |
| 04/22/2025 | 13 | ORDER GRANTING EXTENSION OF TIME. Upon due consideration of Plaintiff's unopposed motion for extension of time (Doc. 12), it is ORDERED that the motion is GRANTED, and Plaintiff has until May 5, 2025, to respond to Defendants' motion to transfer. Signed by JUDGE T KENT WETHERELL II on 04/22/25. (Response to motion due by **5/5/2025**.) (jfj) (Entered: 04/22/2025) |
| 04/25/2025 | 14 | MOTION to File Amicus Brief by EMILY LEY PAPER INC. (Internal deadline for referral to judge if response not filed earlier: **5/9/2025**). (MORRIS, ANDREW) (Entered: 04/25/2025) |
| 04/28/2025 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 14 Unopposed MOTION to File Amicus Brief. (jfj) (Entered: 04/28/2025) |
| 04/28/2025 | 15 | ORDER ESTABLISHING AMICUS BRIEF DEADLINE. The motion (Doc. 14) is GRANTED, and the deadline for seeking leave to file amicus briefs in support of either side is May 12, 2025. Any such motion shall be accompanied by the proposed brief. Signed by JUDGE T KENT WETHERELL II on 04/28/25. (Deadline to seek leave to file amicus brief – by **5/12/2025**. Reply due by **5/19/2025**.) (jfj) (Entered: 04/28/2025) |
| 04/28/2025 | 16 | NOTICE *of Supplemental Authorities* by DONALD J TRUMP, EXECUTIVE OFFICE OF THE PRESIDENT, UNITED STATES OF AMERICA, KRISTI NOEM, HOMELAND SECURITY DEPARTMENT, PETE R FLORES, U S CUSTOMS AND BORDER PROTECTION (Attachments: # 1 Exhibit Order from Court of International Trade, # 2 Exhibit Order from District of Montana) (BURKE, CLAUDIA) (Entered: 04/28/2025) |
| 04/29/2025 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 16 NOTICE OF SUPPLEMENTAL AUTHORITIES. (jfj) (Entered: 04/29/2025) |
| 05/01/2025 | 17 | MOTION to Appear Pro Hac Vice by John J. Vecchione.( Filing fee $ 219 receipt number AFLNDC−9458558.) by EMILY LEY PAPER INC. (VECCHIONE, JOHN) (Entered: 05/01/2025) |
| 05/02/2025 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 17 MOTION to Appear Pro Hac Vice by John J. Vecchione. (jfj) (Entered: 05/02/2025) |
| 05/02/2025 | 18 | ORDER. The motion (Doc. 17) is GRANTED, and attorney John J. Vecchione is authorized to appear pro hac vice for Plaintiff. Signed by JUDGE T KENT WETHERELL II on 05/02/25. (jfj) (Entered: 05/02/2025) |
| 05/02/2025 | 19 | ORDER. Plaintiff shall file copies of the executive orders, proclamations, memoranda, federal register notices, etc., that are at issue in this case with its response to the motion to transfer. Signed by JUDGE T KENT WETHERELL II on 05/02/25. (jfj) (Entered: 05/02/2025) |
| 05/05/2025 | 20 | First AMENDED COMPLAINT against All Defendants All Defendants., filed by EMILY LEY PAPER INC. (Attachments: # 1 Exhibit) (MORRIS, ANDREW) (Entered: 05/05/2025) |

| | | |
|---|---|---|
| 05/05/2025 | 21 | MEMORANDUM in Opposition re 5 MOTION to Transfer Case to Court of International Trade filed by EMILY LEY PAPER INC. (Attachments: # 1 Exhibit) (MORRIS, ANDREW) (Entered: 05/05/2025) |
| 05/06/2025 | Ï | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 20 Amended Complaint, 21 PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER AND UNOPPOSED MOTION TO EXPEDITE. (jfj) (Entered: 05/06/2025) |
| 05/07/2025 | 22 | Consent MOTION for Leave to File *a Reply* by DONALD J TRUMP, EXECUTIVE OFFICE OF THE PRESIDENT, UNITED STATES OF AMERICA, KRISTI NOEM, HOMELAND SECURITY DEPARTMENT, PETE R FLORES, U S CUSTOMS AND BORDER PROTECTION. (BURKE, CLAUDIA) (Entered: 05/07/2025) |
| 05/07/2025 | 23 | MOTION to Appear Pro Hac Vice by Thomas A. Berry.( Filing fee $ 219 receipt number AFLNDC−9467508.) by Cato Institute. (Attachments: # 1 Certificate of Good Standing) (BERRY, THOMAS) (Entered: 05/07/2025) |
| 05/08/2025 | Ï | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 22 Consent MOTION for Leave to File *a Reply*. (jfj) (Entered: 05/08/2025) |
| 05/08/2025 | Ï | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 23 MOTION to Appear Pro Hac Vice by Thomas A. Berry. (jfj) (Entered: 05/08/2025) |
| 05/08/2025 | 24 | ORDER AUTHORIZING REPLY. Upon due consideration of Defendants' unopposed motion for leave to file a reply (Doc. 22 ), it is ORDERED that: The motion is GRANTED, and Defendants may file a reply addressing the "merits arguments" in Plaintiffs' response. The reply shall be filed no later than May 19, 2025. No extensions of this deadline (or the deadline for filing amicus briefs) will be granted in light of Plaintiffs' unopposed motion to expedite disposition of the motion to transfer. See Doc. 21 at 35−36. Signed by JUDGE T KENT WETHERELL II on 05/08/25. (Reply due by **5/19/2025**.) (jfj) (Entered: 05/08/2025) |
| 05/08/2025 | 25 | ORDER. The motion (Doc. 23 ) is GRANTED, and attorney Thomas A. Berry is authorized to appear pro hac vice for potential amicus curiae Cato Institute. Signed by JUDGE T KENT WETHERELL II on 05/08/25. (jfj) (Entered: 05/08/2025) |
| 05/10/2025 | 26 | MOTION for Leave to File by Sidney L Matthew. (Attachments: # 1 Supplement) (MATTHEW, SIDNEY) (Entered: 05/10/2025) |
| 05/12/2025 | Ï | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 26 Motion of Attorney Sidney L. Matthew Esq. for Leave to File Amicus Curiae Brief on Behalf of Former High Ranking Governmental Officials and Professors. (jfj) (Entered: 05/12/2025) |
| 05/12/2025 | 27 | Consent MOTION for Leave to File *Amicus Curiae Brief* by CATO INSTITUTE. (Attachments: # 1 Supplement Proposed Memorandum of Amicus Curiae) (BERRY, THOMAS) (Entered: 05/12/2025) |
| 05/12/2025 | 28 | ORDER. Upon due consideration of the former high ranking governmental officials and professors' motion to file amicus brief (Doc. 26 ), it is ORDERED that the motion is GRANTED, and the amicus brief attached to the motion (Doc. 26 −1) is accepted. Signed by JUDGE T KENT WETHERELL II on 05/12/25. (jfj) (Entered: 05/12/2025) |
| 05/12/2025 | 29 | MOTION to Appear Pro Hac Vice by Leah J. Tulin.( Filing fee $ 219 receipt number AFLNDC−9472537.) by Brennan Center for Justice at N.Y.U. School of Law. (TULIN, LEAH) |

| | | |
|---|---|---|
| | | (Entered: 05/12/2025) |
| 05/12/2025 | 30 | MOTION to Appear Pro Hac Vice by Hannah James.( Filing fee $ 219 receipt number AFLNDC−9472578.) by Brennan Center for Justice at N.Y.U. School of Law. (JAMES, HANNAH) (Entered: 05/12/2025) |
| 05/12/2025 | 31 | MOTION to Appear Pro Hac Vice by Elizabeth Goitein.( Filing fee $ 219 receipt number AFLNDC−9472573.) by Brennan Center for Justice at N.Y.U. School of Law. (GOITEIN, ELIZABETH) (Entered: 05/12/2025) |
| 05/12/2025 | 32 | Consent MOTION for Leave to File *Brief of Amicus Curiae* by Brennan Center for Justice at N.Y.U. School of Law. (Attachments: # 1 Proposed Brief of Amicus Curiae Brennan Center for Justice) (TULIN, LEAH) (Entered: 05/12/2025) |
| 05/13/2025 | 33 | ORDER re 29 Motion to Appear Pro Hac Vice − LEAH J TULIN ; 30 Motion to Appear Pro Hac Vice − HANNAH JAMES; and 31 Motion to Appear Pro Hac Vice − ELIZABETH GOITEIN. That the motion is GRANTED, and attorneys Leah J. Tulin, Hannah James, and Elizabeth Goitein are authorized to appear pro hac vice for potential amicus curiae Brennan Center for Justice. Signed by JUDGE T KENT WETHERELL II on 5/13/2025. (mb) (Entered: 05/13/2025) |
| 05/13/2025 | 34 | ORDER re Consideration of the motions for leave to file amicus briefs filed by the Cato Institute (Doc. 27 ) and the Brennan Center for Justice (Doc. 32 ). That the motions are GRANTED, and the amicus briefs attached to the motions (Docs. 27 −1, 32 −1) are accepted. Signed by JUDGE T KENT WETHERELL II on 5/13/2025. (mb) (Entered: 05/13/2025) |
| 05/19/2025 | 35 | REPLY to Response to Motion re 5 MOTION to Transfer Case to Court of International Trade filed by DONALD J TRUMP, EXECUTIVE OFFICE OF THE PRESIDENT, UNITED STATES OF AMERICA, KRISTI NOEM, HOMELAND SECURITY DEPARTMENT, PETE R FLORES, U S CUSTOMS AND BORDER PROTECTION. (Attachments: # 1 Exhibit CIT Transcript) (BURKE, CLAUDIA) (Entered: 05/19/2025) |
| 05/19/2025 | 36 | REPLY to Response to Motion re 32 Consent MOTION for Leave to File *Brief of Amicus Curiae*, 27 Consent MOTION for Leave to File *Amicus Curiae Brief*, 14 MOTION to File Amicus Brief filed by DONALD J TRUMP, EXECUTIVE OFFICE OF THE PRESIDENT, UNITED STATES OF AMERICA, KRISTI NOEM, HOMELAND SECURITY DEPARTMENT, PETE R FLORES, U S CUSTOMS AND BORDER PROTECTION. (BURKE, CLAUDIA) (Entered: 05/19/2025) |
| 05/20/2025 | ï | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 35 DEFENDANTS' REPLY IN SUPPORT OF MOTION TO TRANSFER, 36 DEFENDANTS' REPLY TO AMICUS BRIEFS. (jfj) (Entered: 05/20/2025) |
| 05/20/2025 | 37 | ORDER TRANSFERRING CASE. Defendants' motion to transfer (Doc. 5 ) is GRANTED, and this case is TRANSFERRED to the United States Court of International Trade under 28 U.S.C. §1631. The Clerk shall effectuate the transfer and then close this case. Signed by JUDGE T KENT WETHERELL II on 05/20/25. (jfj) (Entered: 05/20/2025) |
| 05/21/2025 | 38 | Plaintiffs' Emergency Motion for One−day Administrative to Stay of Order Transferring Case, by EMILY LEY PAPER INC. (MORRIS, ANDREW) Modified on 5/21/2025 to complete the title of the docket entry (alb). (Entered: 05/21/2025) |
| 05/21/2025 | ï | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 38 Plaintiffs' Emergency Motion for One−day Administrative Stay of Order Transferring Case. (alb) (Entered: 05/21/2025) |
| 05/21/2025 | 39 | ORDER DENYING STAY. Plaintiffs' emergency motion to stay (Doc. 38 ) is DENIED. Signed by JUDGE T KENT WETHERELL II on 05/21/2025. (alb) (Entered: 05/21/2025) |
| 05/21/2025 | 40 | |

| | | Interdistrict Transfer to the United States Court of International Trade located at 1 Federal Plaza, New York, New York 10278. (alb) (Entered: 05/21/2025) |
|---|---|---|