## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| EMILY LEY PAPER, INC., d/b/a SIMPLIFIED,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; UNITED STATES OF AMERICA; KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; PETE R. FLORES, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection; and U.S. CUSTOMS AND BORDER PROTECTION,<br><br>Defendants. | Court No. 25-00096 |

## ORDER OF ASSIGNMENT

Pursuant to 28 U.S.C. §§ 253(c) and 255 and Rule 77(e) of the Rules of this Court, the above-entitled action is assigned to a three-judge panel consisting of Judge Gary S. Katzmann, Judge Timothy M. Reif, and Judge Jane A. Restani.

    /s/ Mark A. Barnett
    Mark A. Barnett
    Chief Judge

DATED: June 4, 2025